UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARAOH E. BROOKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. McDONALD,<br><br>　　　　　Respondent. | No.  2:11-cv-1637 MCE DAD P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request to lift the stay of this action.  Good cause appearing, the court will grant petitioner's request and lift the previously entered stay of this federal habeas action.  In addition, however, the court will direct petitioner to file a second amended petition containing all of his exhausted claims.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request to lift the stay of this action (Doc. No. 29) is granted;

　　　　2. The Clerk of the Court is directed to re-open this case; and

/////

/////

/////

/////

3. Within thirty days of the date of service of this order, petitioner shall file a second amended petition containing all of his exhausted claims.

Dated: April 1, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
broo1637.lft