UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARAOH E. BROOKS,<br><br>    Petitioner,<br><br>    v.<br><br>M. McDONALD, Warden,<br><br>    Respondent. | No. 2:11-cv-1637 MCE DAD P<br><br><br>ORDER |

    On April 2, 2015, this court lifted the stay in this action and directed petitioner to file a second amended petition containing all of his exhausted claims. Petitioner has complied with the court's order. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

    2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

/////

1

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated: May 15, 2015

DAD:9
broo1637.100

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE